THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dustin Olin
 Shaw, Appellant.
 
 
 

Appeal From Lexington County
James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-222
Submitted March 1, 2010  Filed March 29,
 2010
Affirmed

 
 
 
 Benjamin A. Stitely, of Lexington, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and
 Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Dustin Olin Shaw appeals his convictions for
 second-degree sexual exploitation of a minor.  Shaw argues the trial court
 erred in allowing the admission of his written statement admitting he downloaded
 and kept child pornography on his computer.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: State v. Bailey, 298 S.C. 1, 5-6, 377 S.E.2d 581, 584 (1989) (finding
 an issue unpreserved where appellant argued one ground at trial and an
 alternative ground on appeal).
Affirmed.
SHORT,
 WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.